CV 01-1790 PAM/JSM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF CIVIL CASES FOR TRIAL**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom #1, Seventh Floor, 316 North Robert St., St. Paul, Minnesota. These cases are scheduled for trial on and after **Thursday, May 1, 2003 @ 9:00 A.M.** The cases are listed in the order in which they are expected to be tried. Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials. **DO NOT REPORT UNTIL NOTIFIED BY THE CALENDAR CLERK.**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled ahead of theirs. For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar. Your case will be tried as soon as possible and should be kept on a **"ready"** basis.

Counsel are directed to Local Rules for the District of Minnesota, specifically, Rule 39 regarding Trial Practice. Please submit pretrial materials pursuant to Trial Preparation Order. If Trial Preparation Order is not filed in your case, submit an **original and two copies** of pretrial materials referred to in Rule 39 to the Clerk of Court, Room 700, 316 North Robert St., St. Paul, Minnesota, 55101, by the close of business, Friday, April 18, 2003. Counsel **MUST PRE MARK ALL EXHIBITS** to be used or introduced at trial in the manner indicated in Rule 39. Blank exhibit lists are attached for your convenience and must be used when compiling your exhibit lists. (If trial materials already submitted, disregard)

Questions regarding the calendar may be directed to Suzanne M. Ruiz, Calendar Clerk to Judge Magnuson, 708 Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated: March 31, 2003

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

APR 01 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

---

1. **Robert Paul Wilkie,** — **JURY TRIAL**

**v. Civil 01-1790 PAM/JSM** — **RE: 1983 Civil Rights Act**

**Hennepin County, et al.,** — **ELOT: 1 Week**

**FOR PLAINTIFF: Stephen C. Rathke** — **339-8131 (612)**
**Seth Colton**

**FOR DEFENDANT: Toni Beitz** — **348-5518 (612)**

---

2. **Herman Jackson** — **JURY TRIAL**

**v. Civil 01-2026 PAM/RLE** — **RE: Job Discrimination**

**Flint Ink North American Corp.** — **ELOT: 3 or 4 Days**

**FOR PLAINTIFF: Stephen Thompson** — **920-8877 (952)**

**FOR DEFENDANT : R. Scott Davies** — **334-8400 (612)**

---

3. **Anitra Davis** — **JURY TRIAL**

**v. Civil 02-505 PAM/RLE** — **RE: Equal Credit Opp. Act**

**U.S. Bancorp, et al.,** — **ELOT: 1 Week**

**FOR PLAINTIFF: Jeffrey Montpetit** — **333-4500 (612)**
**Harry Sieben, Jr.**

**FOR DEFENDANT: Vernle Durocher** — **340-2600 (612)**
**Thomas Nuss**

# CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

---

| | | |
|---|---|---|
| 4. | **David A. Clark** | **<u>JURY TRIAL</u>** |
| | **v.** **Civil 02-971 PAM/RLE** | **RE: ADA** |
| | **Pace Dairy, et al.,** | **ELOT: 5 Days** |
| | **FOR PLAINTIFF: Stacey DeKalb**<br>**Sheila Bjorkland** | **339-8131 (612)** |
| | **FOR DEFENDANT: Kathryn Mrkonich**<br>**Chad Strathman** | **630-1000 (612)**<br>**305-4310 (612)** |

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

v.

EXHIBIT AND WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| | | |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (REV. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

| vs. | | | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |