UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Paul Wilkie, on behalf of himself and all others similarly situated,

Plaintiffs,

vs.

Hennepin County, and Sheriff Patrick D. McGowan, Chief Deputy Michele Smolley, Inspector Thomas Merkel, and Former Inspector Richard Estensen, officially and individually,

Defendants.

**STIPULATION AND ORDER FOR DISMISSAL**

D.C. No. 01-1790 (PAM/JSM)

---

The claims in the above-entitled action, having been fully compromised and settled between plaintiff Robert Paul Wilkie and Defendants Hennepin County, and Sheriff Patrick D. McGowan, Chief Deputy Michele Smolley, Inspector Thomas Merkel, and Former Inspector Richard Esensten, officially and individually, it is hereby stipulated and agreed by these parties, through their respective undersigned attorneys, that the same may be, and hereby is, dismissed against these defendants with prejudice but without cost to any party.

It is further stipulated and agreed that an appropriate Order for Judgment with prejudice may be entered by the Court.

APR 29 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 29 2003
DEPUTY CLERK

LOMMEN, NELSON, COLE &
STAGEBERG, P.A.

By ________________________
Seth Colton ( 13952X)
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-339-8131

Dated: April , 2003

AMY KLOBUCHAR
Hennepin County Attorney

By: ________________________
Toni A. Beitz (6245)
2000A Government Center
Minneapolis, MN 55487
Telephone: 612-348-8533/FAX: 348-8299

Dated: April 28, 2003

APPROVAL OF SETTTLEMENT

Pursuant to the requirements of Minn. Stat. § 466.08, this Court having been advised concerning the terms of the settlement,

NOW, THEREFORE this Court hereby approves settlement of the captioned litigation for a sum in excess of $10,000.

ORDER FOR JUDGMENT

Based on the Stipulation of Dismissal With Prejudice and Approval of Settlement,

IT IS ORDERED that the above-entitled action be, and the same hereby is, dismissed in its entirety against Defendants Hennepin County, and Sheriff Patrick D. McGowan, Chief Deputy Michele Smolley, Inspector Thomas Merkel, and Former Inspector Richard Esensten, with prejudice and without costs to either party.

THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

________________________
Paul A. Magnuson
Judge, United States District Court

Dated: April 29, 2003